Case 1:11-cv-04868-ENV-LB   Document 2   Filed 08/05/11   Page 1 of 11 PageID #: ...

Case 1:11-cv-04868-ENV-LB   Document 2   Filed 08/05/11   Page ... Pa...

**11 CV. 5737**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____Raymond Davis 4411106788_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____Cop Klein 930495_____
_____John Doe_____
_____John Doe_____
_____John Doe_____
_____John Doe_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2011 AUG -5  PM 4:30

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes  ☐ No
(check one)

**I.  Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _____Raymond Davis_____
            ID # _____
            Current Institution _1 Halleck St_
            Address _V.C.B.C._
                    _Bronx NY 10474_

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Case 1:11-cv-04868-ENV-LB   Document 2   Filed 08/05/11   Page 2 of 11 PageID #: 5

Defendant No. 1   Name __Klein__   Shield # __9304__
Where Currently Employed __112 Police Department__
Address __68-40 Austin St__
__Forest Hills NY 11325__

Defendant No. 2   Name __John Doe__   Shield # ____
Where Currently Employed __112 Police Dept__
Address __68 40 Austin st__
__Forest Hill 11375__

Defendant No. 3   Name __John Doe__   Shield # ____
Where Currently Employed __112 Police Department__
Address __68-40 Austin St__
__Forest Hill 11375__

Defendant No. 4   Name __John Doe__   Shield # ____
Where Currently Employed __112 Police Department__
Address __68-40 Austin St__
__Forest Hills NY 11375__

Defendant No. 5   Name __John Doe__   Shield # ____
Where Currently Employed __112__
Address __68 40 Austin st__
__Forest Hill 11375__

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? ____

B. Where in the institution did the events giving rise to your claim(s) occur? ____

C. What date and approximate time did the events giving rise to your claim(s) occur? ____

Case 1:11-cv-04868-ENV-LB   Document 2   Filed 08/05/11   Page 3 of 11 PageID #: 6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓  No ____  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓  No ____  Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? IN Kew GARDENS 125-01 Queens Boulevard

1. Which claim(s) in this complaint did you grieve? about what happend to me

2. What was the result, if any? I win - wo chryse - 1 doller $.11

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process? hay still investagtion the case

_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

D. Facts:

*What happened to you?*

To HOWM EVER IT concerns of all Legal MS I Raymond Davis Is Written This FORMAL Complaint against the New York City NYPD Queens 112 police Dep-ment For Assaulting on the Above place Date 7-8-11 and was AT Approx: 2:45 pm Afternoon police Arrested I with out Reading me my Rights Put hand cuff on me from behind when my Back was To The Wall IN Queens Center Shopping mall

*Who did what?*

*Was anyone else involved?*

about Five white male and one female polices beat me up whith kicks and punchs to The Head Then Took me To The police station house 112 pc while In The cell Thes Police Did not give anything no phone call when I Request For A Lawyer call they Took they Time To help me when I was Handcuffe Nake Behind My Back no clothes on my body They began gitten on me with hands and Feet doing me bodily harm While bei Nake in cell in 112 station house There was inapproriat arabing on my body By Touching me I was being strip search

*Who else saw what happened?*

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. By officer Klein and other Police They strip me while in cuffs They made me spread my Legs wide To expose my Buttock Ther place Klein put his Finger around my Anus while Frisking me To see IF I was hidding Contraband

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Rev. 05/2010

5

4

Case 1:11-cv-04868-ENV-LB   Document 2   Filed 08/05/11   Page 5 of 11 PageID #: 8

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _NO X RAYS on my HEAd They Refuse to Give me what I Request for_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _Medical Records Shows I Made complaint about my Head and Leg and Back_

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _10.10 Million and order of Privacy and Refrane from Rscial discrimination assaults sexual assaults and any kind of Hate crimes and strip search By officer From NYPD_

*Rev. 05/2010*

7

5

Case 1:11-cv-04868-ENV-LB Document 2 Filed 08/05/11 Page 6 of 11 PageID #: 9

VI. **Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

AFFIDAVIT OF SERVICE

State of NEW YORK )
County BRONX )

RAYMOND DAVIS being duly sworn deposes and say

That I have on this 1st day of August 8-2001 Placed and submitted in the Postal receptacle in the New York city correction Known as the VERNMON C. BAIN center one Halleck state BRONX NEW YORK 10474 A notice of Writ For A Fedrol HABEAS CORPUS To be duly mailed via the unite state Postal service To the Following Parties in the Above action

DANEL PATRICK MOYNIHAN unite states Courthouse
500 PEARL street Room 730
NEW YORK NEW YORK 10007

Hon Eric Schneiderwan
Attorney General State of N.
120 Broadway 24th Floor
NY NY 10271

Sworn To before me this
28 day of July 2011
NOTARY PUBLIC

Raymond Davis

7

Case 1:11-cv-04868-ENV-LB  Document 2  Filed 08/05/11  Page 9 of 11 PageID #: 12

To bring and Produce Petitioner before a Justice of The Supreme court of the State of NewYork at the Federal courthouse located at Manhattan Southern District of NewYork There of on the 8gust day at 10:00 in the forenoon of that day or as soon there after defendant or counsel can be heard For hearing and determination concerning the detention of Petitioner should not be given his liberty and why he should Not have such other relief on to as the Court may seem that and Proper

DATE: _____ 2011
       Manhatten NY

                                              _____
                                              Petitioner PRO SE

Case 1:11-cv-04868-ENV-LB Document 2 Filed 08/05/11 Page 8 of 11 PageID #: 11

FEDERAL DISTRICT COURTHOUSE
COUNTY OF MANHATTAN

The People of the United State of
New York                  Petitioner
              Raymond Davis
    -Against-

Warden

                    Defendant

WAIVE OF
EXTRADICTION
PROCEEDINGS

GREETINGS

I RAYMOND DAVIS A Fugitive From the state of NY, RAYMOND DAVIS being charged in the city of Queens crimes: 120.05 155.25 having been taken before in Hon_____ A Justice of the Federal Court of RAYMOND DAVIS and by him informed of my right to counsel and of my rights to the issuance and service of a warrant of extradition as provided for in Article 570 of the criminal procedure law and of my right to test legality of arrest by applying for a Fedral writ of habeus corpus for that purpose do hereby Waive of issuance and service of said warrant of extradition and the issuance of a writ of habeas corpus and all other procedures incidental to extradition proceedings and consent to return to the state of New York.

9

Case 1:11-cv-04868-ENV-LB   Document 2   Filed 08/05/11   Page 7 of 11 PageID #: 10

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 16 day of May-5, 2012.

                Signature of Plaintiff  *Raymond Davis*
                Inmate Number   _____
                Institution Address  _____
                _____
                _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                Signature of Plaintiff: *Raymond Davis*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY BRONX )

RAYMOND DAVIS being duly sworn, deposes and says
That I have on this 1st day of August 8-2011
Placed and submitted in
the Postal receptacle in the NewYork city jail
Known as the VERNMON C. BAIN center
one Halleck Street BRONX NEWYORK 10474 A Notice
Writ FOR A federal HABEAS CORPUS
To be duly mailed via the united States Postal Service
To the following Parties in the Above action:

DANEL PATRICK MOYNIHAN united states courthouse
500 Pearl Street Room 230
NewYork NewYork 10007

Hon Eric Schneiderman
Attorney General State of NY
120 Broadway 24th Floor
NY NY 10271

Sworn to before me this
28 day of July 2011

NOTARY PUBLIC

Raymond Davis

11