UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAYMOND DAVIS,

                      Plaintiff,

-against-

CITY OF NEW YORK, OFFICER LIZABETH
KLEIN, OFFICER TODD KEYES, SERGEANT
FRANK CROCITTO, et al.,

                      Defendants.
------------------------------------------------------------X

**ORDER**
**11 CV 4868 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

    The Court directed the Office of the Corporation Counsel to ascertain the identities of the John Does defendants in plaintiff's complaint. Docket entry # 6. Corporation Counsel has responded, docket entry # 7, and the Court amends the complaint as reflected on the caption by replacing the three unnamed defendants with Officer Lizabeth Klein, Officer Todd Keyes, and Frank Crocitto. The Clerk of Court shall prepare the requisite paperwork for service of process and the United States Marshal Service shall serve a copy of the summons and complaint on Officer Todd Keyes and Sergeant Frank Crocitto at the 112th Precinct, 68-40 Austin Street, Forest Hills, NY 11375. The Assistant Corporation counsel states that Officer Klein "may have already been served with process on November 1, 2011." Docket entry # 7. The deadline for defendant Klein to file a response to the complaint is extended nunc pro tunc until December 21, 2011.

SO ORDERED.

                                                        LOIS BLOOM
                                                        United States Magistrate Judge

Dated: November 21, 2011
       Brooklyn, New York

