```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
```

| | |
|---|---|
| RAYMOND DAVIS, | JUDGMENT |
| | 11-CV- 4868 (ENV) |
| Plaintiff, | |
| -against- | |
| OFFICER LIZABETH KLEIN, OFFICER TODD KEYES, SERGEANT FRANK COTTO, | |
| Defendants. | |

```
-------------------------------------------------------X
```

A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on October 25, 2013, granting summary judgment in favor of all Defendants; dismissing the action; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that summary judgment is granted in favor of all Defendants; that the action is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
      October 25, 2013

Douglas C. Palmer
Clerk of Court

by:   */s/ Janet Hamilton*
       Deputy Clerk